```
                                                            FILED
                                                    UNITED STATES DISTRICT COURT
                                                         DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO            AUG 12 2011

                                                    GREGORY C. LANGHAM
                                                                 CLERK
```

Civil Action No. 11-cv-02021-BNB

MICHAEL SEAN EDMOND,

    Plaintiff,

v.

PIKES PEAK DIRECT MARKETING, INC.,
    d/b/a CHEF'S CATALOG,

    Defendant.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be assigned to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Christine M. Arguello and to Magistrate Judge Kristin L. Mix. Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristin L. Mix.

DATED August 12, 2011, at Denver, Colorado.

                                                BY THE COURT:

                                                <u>s/ Boyd N. Boland</u>
                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02021-BNB

Michael Sean Edmond
5332 Belle Star Dr
Colorado Springs, CO 80922

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk