FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02021-CMA-KLM

MICHAEL SEAN EDMOND,

    Plaintiff,

v.

PIKES PEAK DIRECT MARKETING, INC.,
    d/b/a CHEF'S CATALOG,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

    DATED: September __12__, 2011

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02021-CMA-KLM

Michael S. Edmond
5332 Belle Star Dr.
Colorado Springs, CO 80922

US Marshal Service
Service Clerk
Service forms for: Pikes Peak Direct Marketing, Inc., d/b/a Chef's Catalog

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Pikes Peak Direct Marketing, Inc., d/b/a Chef's Catalog: TITLE VII COMPLAINT FILED 08/04/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 13, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk