IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02021-CMA-KLM

MICHAEL SEAN EDMOND,

    Plaintiff,

v.

PIKES PEAK DIRECT MARKETING, INC.,
   d/b/a CHEF'S CATALOG,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 17, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the January 17, 2013 Recommendation by United States Magistrate Judge Kristen L. Mix that Defendant's Motion for Summary Judgment (Doc. # 21) be granted, and that Plaintiff's Cross-Motion for Summary Judgment (Doc. # 34) be denied. (Doc. # 38 at 13.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 38 at 13-14.) Despite this advisement, no objections to Magistrate Judge Mix's Recommendation have been filed by either party. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*

*v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendant's Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment, and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Mix's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Mix as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 38) is AFFIRMED and ADOPTED.

It is FURTHER ORDERED that Defendant's Motion for Summary Judgment (Doc. # 21) is GRANTED, and that Plaintiff's Cross-Motion for Summary Judgment (Doc. # 34) is DENIED.

It is FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: February  12 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge